# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

**UNITED STATES OF AMERICA,**

v.

**ROLANDO MARTINEZ,**

Case No. 3:09-CR-5

Defendant.

## ORDER

Before the Court is the Motion to Withdraw as Local Counsel (Doc. 84) filed by Bruce S. Harvey. A review of the Motion shows that counsel has not complied with Local Criminal Rule 57.1E(2), Northern District, which governs the withdrawal of counsel. Accordingly, the Motion is denied. Counsel may file a new motion after complying with the Local Rule.

**SO ORDERED**, this the 29th day of October, 2010.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

mbh