# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

## 3:09-cr-00005-HL -JFK
## USA v. Martinez
## Honorable Hugh Lawson

Minute Sheet for proceedings held In Open Court on 12/13/2010.

TIME COURT COMMENCED: 9:20 A.M.  COURT REPORTER: Lori Burgess
TIME COURT CONCLUDED: 4:50 P.M.  CSO/DUSM: Terrence McCoy
TIME IN COURT: 6:30  DEPUTY CLERK: Harry Martin

| | |
|---|---|
| DEFENDANT(S): | [1]Rolando Martinez Present at proceedings |
| ATTORNEY(S) PRESENT: | Alexander Repasky representing Rolando Martinez<br>Gerald Sachs representing USA<br>** Bill Toliver representing USA |
| PROCEEDING CATEGORY: | Jury Trial Began; Jury Impaneled; Jury Selection(Jury Trial); |
| JURY INFORMATION: | Jury was Sworn. The Rule of Sequestration was invoked. |
| MINUTE TEXT: | Jury Trial. Voir Dire. Jury selected and sworn. Opening Statements. Government begins case in chief. Government witnesses J.L. Thompson and T.K. Gordon sworn and testified. Exhibits 2 through 10, 11, 12A and 12B, 13 through 26, 32 through 34 admitted. |
| TRIAL STATUS: | Evidence Entered, Continued |