# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

### 3:09-cr-00005-HL -JFK
### USA v. Martinez
### Honorable Hugh Lawson

Minute Sheet for proceedings held In Open Court on 12/14/2010.

| | |
|---|---|
| TIME COURT COMMENCED: 9:30 A.M. | COURT REPORTER: Lori Burgess |
| TIME COURT CONCLUDED: 5:05 P.M. | CSO/DUSM: Terrence McCoy |
| TIME IN COURT: 4:45 | DEPUTY CLERK: Harry Martin |

| | |
|---|---|
| DEFENDANT(S): | [1]Rolando Martinez Present at proceedings |
| ATTORNEY(S) PRESENT: | Alexander Repasky representing Rolando Martinez<br>Gerald Sachs representing USA<br>William Toliver representing USA |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Jury Trial continues. Government witnesses Michael White, Ray Fleming, Greg Newell sworn and testified. Gov. exhibits 1 and 35 - 37 admitted. Government rest case in chief. Def. ORAL Rule 29 Motion - DENIED. Dft begins case in chief. Dft. witness Rolando Martinez sworn and testified. Dft. rests case in chief. Government rebuttal - Michael Dailey sworn and testified. Govt. rests. Dft renews ORAL Rule 29 Motion - DENIED. Charge Conference held. Closing argument. Jury Charged. Deliberations begin. |
| TRIAL STATUS: | Evidence Entered, Continued |