# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

### 3:09-cr-00005-HL -JFK
### USA v. Martinez
### Honorable Hugh Lawson

Minute Sheet for proceedings held In Open Court on 12/15/2010.

| | |
|---|---|
| TIME COURT COMMENCED: 9:30 A.M. | COURT REPORTER: Lori Burgess |
| TIME COURT CONCLUDED: 2:50 P.M. | CSO/DUSM: Terrance McCoy |
| TIME IN COURT: 00:30 | DEPUTY CLERK: Harry Martin |

| | |
|---|---|
| DEFENDANT(S): | [1]Rolando Martinez Present at proceedings |
| ATTORNEY(S) PRESENT: | Alexander Repasky representing Rolando Martinez<br>Gerald Sachs representing USA<br>William Toliver representing USA |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| MOTIONS RULED ON: | DFT#1-[96]Motion for Discovery TERMINATED |
| MINUTE TEXT: | Jury Deliberations continue. Defendant ORAL MOTION for Mistrial - DENIED. Jury Verdict - GUILTY as to Count 1 of the Indictment. |
| TRIAL STATUS: | Trial Completed by Jury Verdict |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |