## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | CASE NO. 3:09-CR-0005-HL |
| ROLANDO MARTINEZ, | : | |
| Defendant. | : | |

### NOTICE OF APPEAL (CRIMINAL)

Comes now the defendant in the above styled case and files his notice of appeal of the jury verdict of December 15 2010 as to count one of his one count indictment;

On that date before the Honorable Hugh Lawson the jury returned a verdict against him, the transcript will be requested of the court reporter within the next 30 days

Counsel for the defendant files this request at the absolute insistence of the defendant and is aware that this notice must be modified if the defendant wishes to appeal other matters such as possible sentencing issues and or the denial of his motion for new trial.

Notice is hereby given that the defendant Rolando Martinez here by appeals his conviction of the 15th of December 2010 to The United States Court Of Appeals of The 11th Circuit.

This case was indicted on the 12th day of May 2009, and the transcripts will be required.

### CONCLUSION

WHEREFORE, the Defendants asks that his notice of appeal be docketed with the court this date.

This 28th day of December, 2010.

                                                Respectfully submitted,

                                                /ss/
                                          _____
                                          Alexander J. Repasky
                                          Attorney for Defendant
                                          Georgia Bar No. 601050

4880 Lower Roswell Road
Suite 165
Marietta, Georgia  30068
(770) 912-4016