**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ROLANDO MARTINEZ,**<br><br>        Defendant. | Case No. 3:09-CR-5 |

**ORDER**

Sentencing in this case will be held on Monday, May 2, 2011 at 10:00 a.m. at the Federal Courthouse in Atlanta. Any objections to the Pre-Sentence Report must be filed no later than April 18, 2011.

The Clerk of Court is ordered to provide copies of this Order to the United States Probation Office and the United States Marshal.

**SO ORDERED**, this the 9th day of March, 2011.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

mbh